IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
PROGRESSIVE SPECIALTY        )
INSURANCE COMPANY,           )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )     1:10cv681-MHT
                             )          (WO)
LARRY DWAYNE MIMS; et al.,   )
                             )
     Defendants.             )
```

OPINION

By order entered on November 29, 2010, this court stated that, "Because it appears that there has been no substantive activity in this case since it was filed on August 11, 2010," the plaintiff should "show cause, if any there be, in writing by December 10, 2010, as to why this case should not be dismissed without prejudice for want of prosecution."  Despite this warning, the plaintiff has failed to respond to the November 29 show-cause order.  This case is therefore due to be dismissed without prejudice.

An appropriate judgment will be entered.

DONE, this the 14th day of December, 2010.


　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE