IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
PROGRESSIVE SPECIALTY      )
INSURANCE COMPANY,         )
                           )
    Plaintiff,             )
                           )     CIVIL ACTION NO.
    v.                     )        1:10cv681-MHT
                           )            (WO)
LARRY DWAYNE MIMS; et al., )
                           )
    Defendants.            )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety without prejudice for want of prosecution.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 14th day of December, 2010.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE