IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 1:10cv681-MHT |
| ) | (WO) |
| LARRY DWAYNE MIMS; et al., ) | |
| ) | |
|    Defendants. ) | |

## JUDGMENT

In accordance with the opinion issued on this date, it is the ORDER, JUDGMENT, and DECLARATION of the court, with regard to the June 18, 2008, automobile accident referenced in plaintiff Progressive Specialty Insurance Company's complaint in this case, as follows:

    (1) That plaintiff Progressive Specialty Insurance Company has no duty to provide liability insurance coverage under the terms of a policy issued to defendant Larry Dwayne Mims for any claim, matter, or allegations associated with the June 18 accident; and

    (2) That plaintiff Progressive Specialty Insurance Company has no duty to provide a defense to defendants Larry Dwayne Mims and Paula Denise Traylor and no duty to indemnify them for any lawsuits arising out of the June 18 accident.

It is further ORDERED that costs are taxed against defendants Mims and Traylor, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case still remains pending as to other defendants.

DONE, this the 30th day of June, 2011.

                      /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE