IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
PROGRESSIVE SPECIALTY      )
INSURANCE COMPANY,         )
                           )
    Plaintiff,             )
                           )    CIVIL ACTION NO.
    v.                     )     1:10cv681-MHT
                           )        (WO)
DAZIA M. FUMBAH,           )
                           )
    Defendant and          )
    Crossclaim Plaintiff,  )
                           )
    v.                     )
                           )
LARRY DWAYNE MIMS,         )
                           )
    Crossclaim Defendant.  )
```

ORDER

It is ORDERED as follows:

(1) Defendant Dazia M. Fumbah's request for judgment (doc. no. 99) is treated as a motion for default judgment against defendant Larry Dwayne Mims on defendant Fumbah's crossclaims against defendant Mims.

(2) Defendant Mims is to show cause, if any there be, in writing by June 8, 2012, as to why defendant Fumbah's motion for default judgment (doc. no. 99) should not be

granted. Defendant Mims is informed that, if he fails to respond within the time allowed, default judgment on the crossclaims may be entered against him.

DONE, this the 24th day of May, 2012.

                                          /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE