IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
PROGRESSIVE SPECIALTY        )
INSURANCE COMPANY,           )
                             )
     Plaintiff,              )
                             )     CIVIL ACTION NO.
     v.                      )      1:10cv681-MHT
                             )           (WO)
DAZIA M. FUMBAH,             )
                             )
     Defendant and           )
     Crossclaim-Plaintiff,   )
                             )
     v.                      )
                             )
LARRY DWAYNE MIMS,           )
                             )
     Crossclaim-Defendant.   )
```

OPINION

The only remaining matter in this litigation is crossclaim-plaintiff Dazia M. Fumbah's crossclaim against crossclaim-defendant Larry Dwayne Mims. This litigation is now before the court on the recommendation of the United States Magistrate Judge that Mims's motion for summary judgment should be granted and that all other pending motions should be denied as moot. There are no

objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

    An appropriate judgment will be entered.

    DONE, this the 27th day of July, 2012.


                                           <u>/s/ Myron H. Thompson</u>
                                        **UNITED STATES DISTRICT JUDGE**