```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
          MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


PROGRESSIVE SPECIALTY      )
INSURANCE COMPANY,         )
                           )
    Plaintiff,             )
                           )    CIVIL ACTION NO.
    v.                     )     1:10cv681-MHT
                           )         (WO)
DAZIA M. FUMBAH,           )
                           )
    Defendant and          )
    Crossclaim-Plaintiff,  )
                           )
    v.                     )
                           )
LARRY DWAYNE MIMS,         )
                           )
    Crossclaim-Defendant.  )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 140) is adopted.

(2) Crossclaim-defendant Larry Dwayne Mims's motion for summary judgment (doc. no. 108) is granted.

(3) Judgment is entered in favor of crossclaim-defendant Mims and against crossclaim-plaintiff Dazia M. Fumbah, with crossclaim-plaintiff Fumbah taking nothing by his crossclaim.

(4) All other pending motions are denied as moot.

It is further ORDERED that costs are taxed against crossclaim-plaintiff Fumbah, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed in its entirety.

DONE, this the 27th day of July, 2012.

                     /s/ Myron H. Thompson
                   UNITED STATES DISTRICT JUDGE